# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3300

_____

Laurie J. Jones

*Plaintiff - Appellant*

v.

Nancy Berryhill,[1] Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: June 6, 2017
Filed: June 12, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

---

[1]Nancy Berryhill has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Laurie J. Jones appeals from an order of the District Court[2] affirming the Commissioner's denial of disability insurance benefits and supplemental security income after a hearing before an Administrative Law Judge (ALJ). We have carefully considered the arguments made by Jones, and we conclude that substantial evidence in the record as a whole supports the ALJ's finding. See Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012) (standard of review). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[2]The Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).